JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE SURETY & INSURANCE<br><br>Plaintiff(s),<br><br>v.<br><br>AIG PREMIER INSURANCE COMPANY<br><br>Defendant(s). | CASE NO. SA CV07-1250-DOC(FMOx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

DATED: August 12, 2008

_____
DAVID O. CARTER
United States District Judge